**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-7345**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ELIC L. GILLIAM,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CR-90-7-B, CA-93-966-R)

_____

Submitted:  February 27, 1997          Decided:  March 11, 1997

_____

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Elic L. Gilliam, Appellant Pro Se.  Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Gilliam, Nos. CR-90-7-B; CA-93-966-R (W.D. Va. July 30, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2